884

## TEXAS EMPLOYERS' INS. ASS'N v. Joe HUNTER.

No. A–4137.

Supreme Court of Texas.

June 24, 1953.

Rehearing Denied Oct. 14, 1953.

Burford, Ryburn, Hincks & Ford and Clarence A. Guittard, Dallas, for petitioner.

White & Yarborough and W. E. Johnson, Dallas, for respondent.

PER CURIAM.

The decision of the Court of Civil Appeals, 255 S.W.2d 944, being in conflict with Texas Employers' Insurance Association v. Hatton, Tex.Sup., 255 S.W.2d 848, and Texas Employers' Insurance Association v. Lee, Tex.Sup., 256 S.W.2d 569, the judgments of the Court of Civil Appeals and the District Court are reversed, and the cause is remanded to the District Court without granting the writ and hearing the case. Texas Rules of Civil Procedure, rule 483.